**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

RICHARD LEE QUICK, III,

        Plaintiff,

vs.                                                                                       Case No. 3:12-cv-76-J-32JBT

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

**ORDER**

    This case is before the Court on pending motions, which the Magistrate Judge took under consideration and rendered Reports and Recommendations. The first Report and Recommendation (Doc. 37) recommended that the plaintiff's Motion to Transfer Case (Doc. 31) be denied; the second Report and Recommendation (Doc. 38) recommended that the defendant's Motion to Dismiss (Doc. 16) be granted. No objections were filed and the time in which to do so has passed. After the Reports and Recommendations were entered, defendant filed a status report advising the Court that defense counsel had attempted to assist plaintiff with arrangements to reopen his prior applications, but plaintiff is apparently incarcerated at this time. (Doc. 40). Accordingly, upon review of the entire file, it is hereby

    **ORDERED**:

    1.    The Reports and Recommendations (Docs. 37 and 38) are **ADOPTED** as the opinions of the Court.

    2.    Plaintiff's Motion to Transfer (Doc. 31) is **DENIED**.

    3.    Defendant's Motion to Dismiss (Doc. 16) is **GRANTED**.

4. Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE** to plaintiff filing suit once he has exhausted his administrative remedies.

5. The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 23rd day of August, 2012.

_____
TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Joel B. Toomey
United States Magistrate Judge

pro se plaintiff

counsel of record